CMM:JPS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | C O M P L A I N T |
| - against - | 26-MJ- 0002(SIL) |
| PHILIP SCHULER,<br>Defendant. | (18 U.S.C. § 2422(b)) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

MARTIN MCGEE, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation's Crimes Against Children and Human Trafficking Unit, duly appointed according to law and acting as such.

On or about January 7, 2026, within the Eastern District of New York and elsewhere, the defendant PHILIP SCHULER, using one or more facilities and means of interstate and foreign commerce, to wit: the internet and mobile internet applications, did knowingly and intentionally attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with criminal offenses, to wit: rape in the third degree, in violation of New York Penal Law Sections 130.25(4) and (5).

(Title 18, United States Code, Section 2422(b))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") currently assigned to the Crimes Against Children and Human Trafficking Unit (the "Task Force"). I have been a member of the Task Force for approximately 2.5 years. As a member of the Task Force, I investigate violations of criminal law relating to the sexual exploitation of children. During my tenure with the FBI, I have participated in numerous criminal investigations, as well as the execution of search warrants and arrest warrants in connection with those investigations.

2. I am familiar with the facts and circumstances set forth below based on my own personal participation in the investigation, my review of the investigative file, and from discussions with, and reports of, other law enforcement officers involved in the investigation. Statements attributable to individuals herein are set forth in sum and substance and in part.

3. On or about September 19, 2025, the FBI received a tip from the Decoy Project, Inc.,[2] a non-profit organization based in Texas. The tip included outlines of sexually explicit conversations on the Discord[3] social media platform between a username and display

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during this investigation.

[2] The Decoy Project, Inc.'s describes itself as a nonprofit organization dedicated to identifying, investigating, and reporting online predators who target children through ethical decoy operations.

[3] Discord Inc. is a United States company and social platform that allows communication through voice calls, video calls, text messaging, and media. Communication can be private or in virtual communities called "servers."

3

name that are known to law enforcement (the "SUBJECT ACCOUNT") and an individual purporting to be a 13-year-old female.

4. On or about October 31, 2025, a Task Force member posing as a 13-year-old girl named "Chloe" friend-requested the SUBJECT ACCOUNT on Discord. The user of the SUBJECT ACCOUNT identified himself as a 53-year-old male from New York and expressed interest in having sex with the undercover Task Force member, who he believed to be a 13-year-old girl. Based on subpoena responses from Discord, Inc. and CSC Holdings, LLC, the company that provided telecommunications services under the Optimum brand, law enforcement determined that the IP address associated with the SUBJECT ACCOUNT was assigned to the defendant PHILIP SCHULER's mother, at a residence in Port Jefferson, New York (the "Port Jefferson Residence"), which was also the defendant SCHULER's residence.

5. During conversations between the user of the SUBJECT ACCOUNT and the undercover Task Force member posing as "Chloe", the user of the SUBJECT ACCOUNT expressed interest in having oral and vaginal sex with "Chloe." On several occasions, the user of the SUBJECT ACCOUNT appeared on camera during videochats, which I have reviewed, and I recognized the user as the defendant PHILIP SCHULER.

6. During the conversations, the undercover Task Force member posing as "Chloe" told the user of the SUBJECT ACCOUNT that she went to school in Valley Stream, New York. "Chloe" and the user of the SUBJECT ACCOUNT arranged to meet on January 7, 2026, at the Edward W. Cahill Memorial Park in Valley Stream after "Chloe" was finished with

school. The user of the SUBJECT ACCOUNT told "Chloe" that he would bring her Christmas gifts and contraceptives and reiterated his interest in having oral and vaginal sex with her.

7. In the morning of January 7, 2026, the FBI observed the defendant PHILIP SCHULER leave his Port Jefferson residence in a 1998 black Volvo S70 sedan registered to SCHULER. At approximately 3:30 PM, the FBI arrested SCHULER at the previously agreed upon location in Valley Stream. SCHULER told law enforcement that he rented a motel room in Merrick, New York earlier in the day. Law enforcement recovered spermicide, a laptop, and gifts for "Chloe" inside the motel room.

8. After his arrest, Task Force officers advised the defendant PHILIP SCHULER of his Miranda rights, which he understood and waived, and provided a statement to the Task Force officers. SCHULER admitted, in sum and substance, that he was the user of the SUBJECT ACCOUNT. He admitted, in sum and substance, that he was aware that "Chloe" was a 13-year-old girl. SCHULER also admitted, in sum and substance, to arranging the meeting

5

with "Chloe" but denied that he was planning to have sexual contact with her.

WHEREFORE, your deponent respectfully requests that the defendant PHILIP SCHULER be dealt with according to law.

_____
MARTIN MCGEE
Special Agent
Federal Bureau of Investigation

Sworn to before me on this
12th day of January, 2026

/s/ STEVEN I. LOCKE
_____
THE HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK